**E-FILED**
Wednesday, 30 April, 2014 03:48:54 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
APR 30 2014
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

James B, Wynne
*Plaintiff*
v.
Thyssenkrupp Presta Danville, LLC
*Defendant*

Case No. 2:14-CV-02010-CSB-DGB

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James B, Wynne "pro se".

Date: 04/30/2014

James B Wynne "pro se"
*Attorney's signature*

James B, Wynne " PRO SE"
*Printed name and bar number*

2714 S, Stringtown
Covington,In 47932
*Address*

jameswynne49@yahoo.com
*E-mail address*

(765) 397-3161
*Telephone number*

*FAX number*