**E-FILED**
Friday, 30 May, 2014 01:44:45 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

| | | |
|---|---|---|
| **JAMES B. WYNNE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **NO: 2:14-cv-02010-CSB-DGB** |
| | ) | |
| **THYSSENKRUPP PRESTA DANVILLE, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The parties hereby stipulate to dismiss this action, with prejudice, all parties to bear their own costs and attorneys' fees.

**IT IS HEREBY ORDERED** that this action, including all claims, counterclaims, cross-claims that were brought, or that could have been brought, related to the claims made in this action, is dismissed with prejudice, all parties to bear their own costs and attorneys' fees.

**IT IS HEREBY FURTHER ORDERED** that this Order disposes of the last pending claim and closes the case.

**IT IS SO ORDERED.**

s/ David G. Bernthal
UNITED STATES MAGISTRATE JUDGE

Dated: May 30, 2014

**Stipulated and Agreed to as to Form and Substance:**

McDONALD HOPKINS PLC

| | |
|---|---|
| /s/James B. Wynne | /s/James J. Boutrous II |
| James B. Wynne *(in pro per)* | By: James J. Boutrous II (P53710) |
| Plaintiff | Attorneys for Defendant |